# Order

**Supreme Court**
**Lansing, Michigan**

September 29, 2005

Clifford W. Taylor,
Chief Justice

129500-1 & (30)(31)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THIRD JUDICIAL CIRCUIT COURT,
      Plaintiff-Appellant,

v

                                  SC: 129500-1
                                  COA: 262586, 263413

THE JUDICIAL ATTORNEYS
ASSOCIATION,
                                  Wayne CC: 00-004468-CK
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay of proceedings is GRANTED, and the Wayne Circuit Court proceedings are STAYED until further order of this Court.

      The application for leave to appeal the September 15, 2005 orders of the Court of Appeals remains pending.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2005

Clerk

d0926